Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

PATANUN UTISCHALANON

) Chapter 13
)
) Case No.: 8:08-bk-10615-RK
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 300784 in the sum of $2.28 representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

UNISTATES CREDIT AGENCY, LLC
2809 WEHRLE DRIVE, SUITE 1
WILLIAMSVILLE, NY 14221

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0810615 | PATANUN UTISCHALANON<br>ACCT: 9996 | Claim: 00006 | XXX-XX-8945 | 2.28 | 0.00 | 2.28 |
| | | TOTALS | | 2.28 | 0.00 | 2.28 |

PATANUN UTISCHALANON

BALANCE:            [0.00 33/00006]
SSN: XXX-XX-8945    SSN:
ACCT: 9996                      CASE: 0810615
PRINCIPAL:    2.28    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
P.O. BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300784

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$2.28

**PAY**  Two And 28 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300784⑈ ⑆061100790⑆000000575186 2⑈